UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUELYN MARTINEZ,

                        Plaintiff,

        -against-

NEW YORK CITY POLICE DEPARTMENT,

                        Defendant.

24-CV-911 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 7, 2024, the Clerk of Court issued a Summons in this case. Plaintiff is required to serve the Summons and Complaint upon Defendant within **90 days**[1] of that issuance. If service has not been made within the **90 days**, and Plaintiff has not requested an extension of time to serve within those 90 days, **the Complaint will be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure**.

The Clerk of Court is directed to strike Dkt. 6.

SO ORDERED.

Dated:  August 21, 2024
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge

---

[1] In a prior order, the Court stated that the deadline for service was 120 days from the issuance of the summons. This was erroneous. Under Federal Rule of Civil Procedure 4, service is due within **90 days**.