UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Suelyn Martinez,<br><br>        Plaintiff,<br><br>    -against-<br><br>New York City Police Department and City of New York,<br><br>        Defendants. | 24-CV-911 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendants moved to dismiss on November 27, 2024. Dkt. 14. Plaintiff should file an opposition brief by **January 1, 2025**. Defendants' reply brief is due on **January 15, 2025**.

  SO ORDERED.

Dated: December 10, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge